Scott E. Gizer, Esq., Nevada Bar No. 12216
 *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
 *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone: (702) 331-7593
Facsimile: (702) 331-1652

Kevin S. Sinclair, Nevada Bar Number 12277
 *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Boulevard, Suite 400
Encino, California 91436
Telephone: (213) 429-6100
Facsimile: (213) 429-6101

Attorneys for Defendant
CHICAGO TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAMP TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC., et al.,<br><br>Defendants. | Case No.: 2:21-cv-00537-JCM-BNW<br><br>**STIPULATION AND ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO MOTION FOR REMAND [ECF No. 6] AND MOTION FOR FEES AND COSTS [ECF No. 7]**<br><br>**(First Request)** |

**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

616042.1

Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate and agree as follows:

1. On April 1, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-832212-C [ECF No. 1-1];

2. On April 2, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

3. On May 3, 2021, U.S. Bank filed a Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7];

4. Chicago Title's deadline to respond to U.S. Bank's Motion for Remand and Motion for Costs and Fees is May 17, 2021;

5. Chicago Title's counsel is requesting an extension until June 17, 2021, to file its response to the pending Motion for Remand and Motion for Costs and Fees;

6. Chicago Title requests a brief extension of time to respond to the Motion for Remand and Motion for Costs and Fees to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;

7. U.S. Bank does not oppose the requested extension;

8. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7] is hereby extended through and including June 17, 2021.

Dated: May 14, 2021

EARLY SULLIVAN WRIGHT
 GIZER & McRAE LLP

By: _/s/-- Sophia S. Lau_
 SCOTT E. GIZER
 SOPHIA S. LAU
 Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: May 14, 2021

SINCLAIR BRAUN LLP

By: _/s/-Kevin S. Sinclair_
 KEVIN S. SINCLAIR
 Attorneys for Defendant CHICAGO TITLE INSURANCE COMPANY

Dated: May 14, 2021

WRIGHT FINLAY & ZAK, LLP

By: _/s/-Lindsay D. Robbins_
 LINDSAY D. ROBBINS
 Attorneys for Plaintiff U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: May 14, 2021      By: _[signature: James C. Mahan]_
 UNITED STATES DISTRICT COURT JUDGE



2
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR REMAND AND MOTION FOR FEES AND COSTS**

616042.1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

/s/ D'Metria Bolden
D'METRIA BOLDEN
An Employee of EARLY SULLIVAN
WRIGHT GIZER & McRAE LLP