Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendant
FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO
TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00537-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**FIRST REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Fidelity National Title Group, Inc. ("FNTG," collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On April 1, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On April 2, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On April 27, 2021, U.S. Bank served its complaint on Chicago Title;

4. Chicago Title's response to the complaint is currently due on May 18, 2021;

5. On May 4, 2021, U.S. Bank served its complaint on FNTG;

6. FNTG's response to the complaint is currently due on May 25, 2021;

7. Defendants request an extension until June 1, 2021 of their respective deadlines to respond to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

8. Counsel for U.S. Bank does not oppose the requested extension;

9. This is the first request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

10. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//



**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including June 1, 2021.

Dated: May 13, 2021            SINCLAIR BRAUN LLP

By:   */s/-Kevin S. Sinclair*
     KEVIN S. SINCLAIR
     Attorneys for Defendants
     FIDELITY NATIONAL TITLE GROUP,
     INC. and CHICAGO TITLE INSURANCE
     COMPANY

Dated: May 13, 2021            WRIGHT FINLAY & ZAK, LLP

By:   */s/-Lindsay D. Robbins*
     LINDSAY D. ROBBINS
     Attorneys for Plaintiff
     U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated May 18, 2021.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

