Scott E. Gizer, Esq., Nevada Bar No. 12216
  *sgizer@earlysullivan.com*
Sophia S. Lau, Esq., Nevada Bar No. 13365
  *slau@earlysullivan.com*
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
8716 Spanish Ridge Avenue, Suite 105
Las Vegas, Nevada 89148
Telephone:  (702) 331-7593
Facsimile:  (702) 331-1652

Kevin S. Sinclair, NV Bar No. 12277
  *ksinclair@sinclairbraun.com*
SINCLAIR BRAUN LLP
16501 Ventura Blvd, Suite 400
Encino, California 91436
Telephone:  (213) 429-6100
Facsimile:  (213) 429-6101

Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP, INC. and CHICAGO
TITLE INSURANCE COMPANY

DESIGNATED LOCAL COUNSEL FOR SERVICE OF
PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)

Gary L. Compton, State Bar No. 1652
2950 E. Flamingo Road, Suite L
Las Vegas, Nevada 89121

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| US BANK NATIONAL ASSOCIATION,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC. et al.,<br><br>Defendants. | Case No.: 2:21-CV-00537-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT (ECF No. 1)**<br><br>**SECOND REQUEST** |

COMES NOW defendants Chicago Title Insurance Company ("Chicago Title") and Fidelity National Title Group, Inc. ("FNTG," collectively "Defendants") and plaintiff U.S. Bank National Association ("U.S. Bank"), by and through their respective attorneys of record, which hereby agree and stipulate as follows:

1. On April 1, 2021, U.S. Bank filed its complaint in the Eighth Judicial District Court for the State of Nevada;

2. On April 2, 2021, Chicago Title removed the instant case to the United States District Court for the State of Nevada (ECF No. 1);

3. On May 18, 2021, the Court entered the parties' first stipulation for an extension of time for Defendants to respond to the complaint, setting a deadline of June 1, 2021 (ECF No. 11);

4. Defendants request an extension until June 15, 2021 of their respective deadlines to respond to U.S. Bank's complaint to afford Defendants' counsel additional time to review and respond to U.S. Bank's complaint.

5. Counsel for U.S. Bank does not oppose the requested extension;

6. This is the second request for an extension made by Defendants, which is made in good faith and not for the purposes of delay.

7. This stipulation is entered into without waiving any of Defendants' objections under Fed. R. Civ. P. 12.

//
//
//
//
//
//
//
//
//
//
//
//
//
//



**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT**

**IT IS SO STIPULATED** that Defendants' respective deadlines to respond to the complaint are hereby extended through and including June 15, 2021.

Dated: May 27, 2021                         SINCLAIR BRAUN LLP


By: */s/-Kevin S. Sinclair*
KEVIN S. SINCLAIR
Attorneys for Defendants
FIDELITY NATIONAL TITLE GROUP,
INC. and CHICAGO TITLE INSURANCE
COMPANY

Dated: May 27, 2021                         WRIGHT FINLAY & ZAK, LLP


By: */s/-Darren T. Brenner*
DARREN T. BRENNER
Attorneys for Plaintiff
U.S. BANK NATIONAL ASSOCIATION

**IT IS SO ORDERED.**

Dated June 2, 2021.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE

