WRIGHT, FINLAY & ZAK, LLP
Darren T. Brenner, Esq.
Nevada Bar No. 8386
Lindsay D. Dragon, Esq.
Nevada Bar No. 13474
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
dbrenner@wrightlegal.net
ldragon@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank National Association, Successor in Interest to Bank of America, National Association, Successor by Merger to LaSalle Bank National Association as Trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASSALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAMP TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1,<br><br>Plaintiff,<br><br>vs.<br><br>FIDELITY NATIONAL TITLE GROUP, INC.; CHICAGO TITLE INSURANCE COMPANY; TICOR TITLE OF NEVADA, INC., DOE INDIVIDUALS I through X; and ROE CORPORATIONS XI through XX, inclusive,<br><br>Defendants. | Case No.: 2:21-cv-00537-JCM-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' OPPOSITION TO MOTION TO LIFT STAY [ECF No. 23]**<br><br>**[First Request]** |

Plaintiff U.S. Bank National Association, Successor in Interest to Bank of America, National Association, Successor by Merger to LaSalle Bank National Association as Trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1 ("U.S. Bank"), and Defendants Fidelity National Title Group, Inc., Chicago Title Insurance Company, and Ticor Title of Nevada, Inc. ("Defendants", collectively, the "Parties"), by and through their counsel of

record, hereby stipulate and agree as follows:

1. On June 9, 2021, this Court issued its Order staying this case pending the Ninth Circuit's resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.*, Ninth Cir. Case No. 19-17332, Case No. 3:19-cv-00241-MMD-WGC [ECF No. 19].
2. On December 28, 2021, U.S. Bank filed a Motion to Lift Stay and Reopen Case [ECF No. 21].
3. On January 4, 2022, Defendants filed their Opposition to U.S. Bank's Motion to Lift Stay and Reopen Case [ECF No. 23] and filed a Countermotion to Extend Stay pending a recent appeal to the Nevada Supreme Court in *PennyMac Corporation v. Westcor Land Title Insurance Company*, Nevada Supreme Court Case No. 83737 [ECF No. 24].
4. U.S. Bank's deadline to respond to Defendants' Opposition is January 11, 2022, while its deadline to respond to Defendants' Countermotion is January 18, 2022.
5. U.S. Bank requests a seven (7) day extension of time to file its response to Defendants' Opposition to the Motion to Lift Stay and Reopen Case, such that the deadline shall fall on the same deadline for U.S. Bank to respond to Defendants' Countermotion, January 18, 2022. The extension is requested to afford US. Bank's counsel additional time to review and respond to the arguments in Defendants' Opposition.
6. Counsel for Defendants do not oppose the requested extension.

/ / /

/ / /

/ / /

/ / /

/ / /

7. This is the first request for an extension which is made in good faith and not for purposes of delay.

**IT IS SO STIPULATED.**

| DATED this 10th day of January, 2022. | DATED this 10th day of January, 2022. |
|---|---|
| WRIGHT, FINLAY & ZAK, LLP | EARLY SULLIVAN WRIGHT GIZER & McRAE LLP |
| */s/ Lindsay D. Dragon* | */s/ Sophia S. Lau* |
| Lindsay D. Dragon, Esq. | Sophia S. Lau, Esq., |
| Nevada Bar No. 13474 | Nevada Bar No. 13365 |
| 7785 W. Sahara Ave., Suite 200 | 8716 Spanish Ridge Avenue, Suite 105 |
| Las Vegas, NV 89117 | Las Vegas, Nevada 89148 |
| *Attorneys for Plaintiff, U.S. Bank National Association, Successor in Interest to Bank of America, National Association, Successor by Merger to LaSalle Bank National Association as Trustee for GSAMP Trust 2007-NC1 Mortgage Pass-Through Certificates, Series 2007-NC1* | *Attorneys for Defendants, Fidelity National Title Group, Chicago Title Insurance Company, and Ticor Title of Nevada, Inc.* |

**IT IS SO ORDERED.**

Dated January 11, 2022.

_____
UNITED STATES DISTRICT COURT JUDGE