1  Scott E. Gizer, Esq., Nevada Bar No. 12216
     *sgizer@earlysullivan.com*
2  Sophia S. Lau, Esq., Nevada Bar No. 13365
     *slau@earlysullivan.com*
3  EARLY SULLIVAN WRIGHT
     GIZER & McRAE LLP
4  8716 Spanish Ridge Avenue, Suite 105
   Las Vegas, Nevada 89148
5  Telephone:  (702) 331-7593
   Facsimile:  (702) 331-1652
6
   Kevin S. Sinclair, Nevada Bar Number 12277
7    *ksinclair@sinclairbraun.com*
   SINCLAIR BRAUN LLP
8  16501 Ventura Boulevard, Suite 400
   Encino, California 91436
9  Telephone:  (213) 429-6100
   Facsimile:  (213) 429-6101
10
   Attorneys for Defendant
11 CHICAGO TITLE INSURANCE COMPANY

12 DESIGNATED LOCAL COUNSEL FOR SERVICE OF
   PROCESS ON SINCLAIR BRAUN LLP PER L.R. IA 11-1(b)
13
   Gary L. Compton, State Bar No. 1652
14 2950 E. Flamingo Road, Suite L
   Las Vegas, Nevada 89121

15

**UNITED STATES DISTRICT COURT**

16

**DISTRICT OF NEVADA**

17

18

19  U.S. BANK NATIONAL ASSOCIATION, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION, SUCCESSOR BY MERGER TO LASALLE BANK NATIONAL ASSOCIATION AS TRUSTEE FOR GSAMP TRUST 2007-NC1 MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-NC1

Plaintiff,

vs.

FIDELITY NATIONAL TITLE GROUP, INC., et al.,

Defendants.

Case No.: 2:21-cv-00537-JCM-BNW

**STIPULATION AND PROPOSED ORDER EXTENDING DEFENDANT CHICAGO TITLE INSURANCE COMPANY'S TIME TO RESPOND TO RENEWED MOTION FOR REMAND [ECF No. 22]**

**(First Request)**



1  Defendant Chicago Title Insurance Company ("Chicago Title") and Plaintiff U.S. Bank
2  N.A. ("U.S. Bank") (collectively, the "Parties"), by and through their counsel of record, hereby
3  stipulate and agree as follows:

4. 1. On April 1, 2021, U.S. Bank filed its Complaint in the Eighth Judicial District Court, Case No. A-21-832212-C [ECF No. 1-1];

6. 2. On April 2, 2021, Chicago Title filed a Petition for Removal to this Court [ECF No. 1];

8. 3. On May 3, 2021, U.S. Bank filed a Motion for Remand [ECF No. 6] and Motion for Costs and Fees [ECF No. 7];

10. 4. On June 9, 2021, the Court entered an order, pursuant to the Parties' stipulation, staying the case pending resolution of *Wells Fargo Bank, N.A. v. Fidelity National Title Ins. Co.* Ninth Cir. Case No. 19-17332 (the "*Wells Fargo II Appeal*"). Upon entry of the stay the Court denied as moot, all pending motions, including the Motion for Remand. The Court further ordered that the Parties file any motions that were denied as moot within 30 days of the issuance of the mandate in the *Wells Fargo II Appeal* [ECF No. 19];

17. 5. On December 28, 2021, U.S. Bank filed a Renewed Motion for Remand;

18. 6. Chicago Title's deadline to respond to U.S. Bank's Renewed Motion for Remand is currently January 11, 2022;

20. 7. Chicago Title's counsel is requesting an extension until January 25, 2022, to file its response to the pending Renewed Motion for Remand;

22. 8. Chicago Title requests a brief extension of time to respond to the Motion for Remand to afford Chicago Title additional time to respond to the legal arguments set forth in U.S. Bank's motions;

25. 9. U.S. Bank does not oppose the requested extension;

26. 10. This is the first request for an extension which is made in good faith and not for purposes of delay;

/ / /



656924.1

1
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR REMAND**

**IT IS SO STIPULATED** that Chicago Title's deadline to respond to U.S. Bank's Motion for Remand [ECF No. 22] is hereby extended through and including January 25, 2022.

Dated: January 10, 2022     EARLY SULLIVAN WRIGHT
　　　　　　　　　　　　　　　　GIZER & McRAE LLP

　　　　　　　　　　　　　　By:  /s/-- Sophia S. Lau
　　　　　　　　　　　　　　　　SCOTT E. GIZER
　　　　　　　　　　　　　　　　SOPHIA S. LAU
　　　　　　　　　　　　　　　　Attorneys for Defendant CHICAGO TITLE
　　　　　　　　　　　　　　　　INSURANCE COMPANY

Dated: January 10, 2022     SINCLAIR BRAUN LLP

　　　　　　　　　　　　　　By:  /s/-Kevin S. Sinclair
　　　　　　　　　　　　　　　　KEVIN S. SINCLAIR
　　　　　　　　　　　　　　　　Attorneys for Defendant CHICAGO TITLE
　　　　　　　　　　　　　　　　INSURANCE COMPANY

Dated: January 10, 2022     WRIGHT FINLAY & ZAK, LLP

　　　　　　　　　　　　　　By:  /s/-Lindsay D. Dragon
　　　　　　　　　　　　　　　　LINDSAY D. DRAGON
　　　　　　　　　　　　　　　　Attorneys for Plaintiff U.S. BANK
　　　　　　　　　　　　　　　　NATIONAL ASSOCIATION

**IT IS SO ORDERED:**

Dated: January 11, 2022    By: _/s/ James C. Mahan_
　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE



# CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filling to the Electronic Service List for this Case.

I declare under penalty of perjury under the laws of the United State of America that the foregoing is true and correct.

                                  */s/ D'Metria Bolden*
                                  D'METRIA BOLDEN
                                  An Employee of EARLY SULLIVAN WRIGHT GIZER & McRAE LLP



3
**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO RENEWED MOTION FOR REMAND**

656924.1